# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Thomas B. Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

September 12, 2022

*By Electronic Filing*

Hon. John G. Koeltl
U.S. District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>*Miller v. Associated Newspapers Ltd. et al.*, No. 22 Civ. 6008 (JGK)</u>

Dear Judge Koeltl:

We represent Defendant Associated Newspapers Ltd. ("Defendant") in this matter. We write to notify the Court that the parties have reached an agreement in principle to resolve this case in its entirety. With the consent of counsel for Plaintiff, we respectfully ask the Court to dismiss this matter, with leave for either party to reopen the case should the parties not finalize their settlement within 30 days.

Respectfully submitted,

*Thomas B. Sullivan*

Thomas B. Sullivan

cc:   All counsel of record (via ECF)